UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:22-cv-00040-GCM

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, as subrogee of Nobles Restaurants LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FIRE CONTROL SYSTEMS, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Ohio Security Insurance Company, as subrogee of Nobles Restaurants LLC, hereby dismisses the above action against Defendant, Fire Control Systems, Inc., without prejudice. Plaintiff attests that no opposing party has been served and no responsive pleadings or motions to dismiss or for summary judgment have been filed.

This 8th day of February, 2022.

SALTZ NALIBOTSKY

*/s/ Peter F. Asmer, Jr.*
Albert S. Nalibotsky, Esquire
NC Bar No.: 19478
Peter F. Asmer, Jr., Esquire
NC Bar No.: 19360
6101 Carnegie Blvd., Suite 440
Charlotte, North Carolina 28209
Phone: 704-910-2680
Email: analibotsky@s-nlaw.com
　　　　pasmer@s-nlaw.com
*Counsel for Plaintiff*